**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

HARMONY HOME OF HUNTINGTON, INC.,   )
   )
         Plaintiff,   )
   )
         v.   )   No. 1:24-cv-01228-TWP-MKK
   )
EXECUTIVE DIRECTOR, INDIANA   )
DEPARTMENT OF HOMELAND SECURITY,   )
THE MEMBERS OF THE FIRE PREVENTION   )
AND BUILDING SAFETY COMMISSION,   )
INDIANA DEPARTMENT OF HOMELAND   )
SECURITY,   )
   )
         Defendants.   )

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry on the parties' Cross-Motions for Summary Judgment, now enters **FINAL JUDGMENT**.

Plaintiff Harmony Home of Huntington, Inc.'s ("Plaintiff") failure to accommodate claims against Defendants the Indiana Department of Homeland Security, the Executive Director of the Indiana Department of Homeland Security (together, "DHS"), and the Members of the Fire Prevention and Building Safety Commission are **DISMISSED without prejudice**.

**Judgement is entered** in favor of Plaintiff and against DHS on Plaintiff's disparate treatment claims under the Fair Housing Amendments Act, 42 U.S.C. § 3604(f); the Americans with Disabilities Act, 42 U.S.C. § 12132; and the Rehabilitation Act, 29 U.S.C. § 794.

The Court **DECLARES** that DHS engaged in intentional discrimination in violation of the Fair Housing Amendments Act, the Americans with Disabilities Act, and the Rehabilitation Act by deeming Plaintiff's Franklin Street group recovery home in Huntington, Indiana, to be a Class 1 structure. It is now **ADJUDGED** that DHS is **PERMANENTLY ENJOINED** from treating the

Franklin Street home as a Class 1 structure and is **ORDERED** to treat the Franklin Street home as a Class 2 structure.

Judgment is entered accordingly, and this cause is **TERMINATED**.

Dated: 3/10/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Rebekah Bennett
Office of Indiana Attorney General
rebekah.bennett@atg.in.gov

Alexander Robert Carlisle
OFFICE OF THE ATTORNEY GENERAL
Alexander.Carlisle@atg.in.gov

Bradley Davis
Office of IN Attorney General
bradley.davis@atg.in.gov

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Thomas Lee Martindale
Office of Indiana Attorney General
thomas.martindale@atg.in.gov

Meredith McCutcheon
INDIANA ATTORNEY GENERAL
meredith.mccutcheon@atg.in.gov

Stevie J. Pactor
ACLU OF INDIANA
spactor@aclu-in.org