**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

HARMONY HOME OF HUNTINGTON, INC.,　)
　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　v.　　　　　　　　　　　　)　　No. 1:24-cv-01228-TWP-MKK
　　　　　　　　　　　　　　　　　　)
EXECUTIVE DIRECTOR, INDIANA　　　　)
DEPARTMENT OF HOMELAND SECURITY,　)
THE MEMBERS OF THE FIRE PREVENTION　)
AND BUILDING SAFETY COMMISSION,　　)
INDIANA DEPARTMENT OF HOMELAND　　)
SECURITY,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　　　　)

## PERMANENT INJUNCTION PURSUANT TO FED. R. CIV. P. 65(D)

Consistent with the Court's Entry on the parties' Cross-Motions for Summary Judgment, wherein the Court determined that Defendants the Indiana Department of Homeland Security and the Executive Director of the Indiana Department of Homeland Security engaged in intentional discrimination in violation of the Fair Housing Amendments Act, 42 U.S.C. § 3604(f); the Americans with Disabilities Act, 42 U.S.C. § 12132; and the Rehabilitation Act, 29 U.S.C. § 794, by deeming Plaintiff Harmony Home of Huntington, Inc.'s Franklin Street group recovery home in Huntington, Indiana, to be a Class 1 structure, the Court now **ENTERS** this **PERMANENT INJUNCTION** pursuant to Federal Rule of Civil Procedure 65(d).

**IT IS SO ORDERED**, the Indiana Department of Homeland Security and the Executive Director of the Indiana Department of Homeland Security are **PERMANENTLY ENJOINED** from treating the Franklin Street home as a Class 1 structure and are **ORDERED** to treat the Franklin Street home as a Class 2 structure.

**SO ORDERED**.

Dated: 3/10/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Alexander Robert Carlisle
OFFICE OF THE ATTORNEY GENERAL
Alexander.Carlisle@atg.in.gov

Bradley Davis
Office of IN Attorney General
bradley.davis@atg.in.gov

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Stevie J. Pactor
ACLU OF INDIANA
spactor@aclu-in.org

2