**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **HARMONY HOME OF HUNTINGTON, INC.,** | |
| **Plaintiff,** | |
| **v.** | **Cause No. 1:24-cv-1228-TWP-MKK** |
| **INDIANA DEPARTMENT OF HOMELAND SECURITY,** *et al.,* | |
| **Defendants.** | |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1292(a)(1) and Federal Rule of Appellate Procedure 3, notice is hereby given that Defendants the Executive Director of the Indiana Department of Homeland Security, in his official capacity, Indiana Department of Homeland Security, and the Members of the Fire Prevention and Building Safety Commission, in their official capacities, by counsel, Deputy Attorney General Alexander R. Carlisle, appeal to the U.S. Court of Appeals for the Seventh Circuit the District Court's Order granting Plaintiff's motion for summary judgment and entering final judgment in favor of Plaintiff at Dkt. 116 and 117.

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General

Date: <u>April 9, 2026</u>     By:     Alexander R. Carlisle, Atty No. 34533-49
Assistant Section Chief
Government Litigation

OFFICE OF ATTORNEY GENERAL TODD ROKITA
302 West Washington Street
IGCS – 5th Floor
Indianapolis, IN 46204
Telephone: (317) 234-6667
Fax: (317) 232-7979
Email: Alexander.Carlisle@atg.in.gov