UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

HARMONY HOME OF HUNTINGTON, INC., )
)
      Plaintiff, )
)
      v. )    No. 1:24-cv-1228-TWP-MKK
)
INDIANA DEPARTMENT OF )
HOMELAND SECURITY, *et al.*, )
)
      Defendants. )

**Notice of Cross-Appeal**

Plaintiff Harmony Home of Huntington, Inc., by its counsel, provides notice pursuant to Rule 3 of the Federal Rules of Appellate Procedure that it hereby appeals to the United States Court of Appeals for the Seventh Circuit from: (a) so much of this Court's Final Judgment Pursuant to Fed. R. Civ. Pro. 58 of March 10, 2026 (Dkt. 117) and accompanying Order on Cross-Motions for Summary Judgment and Motion to Reconsider (Dkt. 116), which dismissed, without prejudice, the plaintiff's failure to accommodate claims against the defendants the Indiana Department of Homeland Security, the Executive Director of the Indiana Department of Homeland Security, and the Members of the Fire Prevention and Building Safety Commission; (b) this Court's Order of September 19, 2025 (Dkt. 93), which dismissed the failure to accommodate claims against the Indiana Department of Homeland Security and its Executive Director;

[1]

(c) and the failure of this Court to grant the plaintiff's Motion to Reconsider (Dkt. 103) that Order in the Court's summary judgment decision. (Dkt. 116 at 31, 37).

WHEREFORE, the plaintiff provides the above notice pursuant to Rule 3 of the Federal Rules of Appellate Procedure, and requests all other proper relief.

Kenneth J. Falk
Stevie J. Pactor
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
spactor@aclu-in.org

Attorneys for Plaintiff

[2]